No. 96–587.  HALEY v. OHIO.  Ct. App. Ohio, Franklin County. Certiorari denied.

No. 96–589.  SISSETON-WAHPETON SIOUX TRIBE OF THE LAKE TRAVERSE INDIAN RESERVATION ET AL. v. UNITED STATES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 96–596.  CISNEROS v. RENO, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 96–607.  KRAMER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–641.  NEW JERSEY v. WOMACK.  Sup. Ct. N. J.  Certiorari denied.

No. 96–646.  SCHNUCK MARKETS, INC. v. LUECKE.  C. A. 8th Cir.  Certiorari denied.

No. 96–649.  WILSON v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 96–658.  SIMON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–677.  CUTLER v. UNITED STATES;
No. 96–6494.  DEJESUS v. UNITED STATES; and
No. 96–6522.  BALTER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 91 F. 3d 427.

No. 96–682.  EHRLANDER v. DEPARTMENT OF TRANSPORTATION OF ALASKA ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 96–688.  HAO HOANG HO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–699.  RODRIGUEZ v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–5234.  WHITE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–5259.  WALKER v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 96–5306.  HABIGER v. CITY OF FARGO ET AL.  C. A. 8th Cir.  Certiorari denied.